Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 08 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Crim. No. 1:19CR00005-001

Teresa Emerson

On November 29, 2018, the above named was placed on probation for a period of three years. She has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that Teresa Emerson be discharged from probation.

Respectfully submitted,

*Scott H. Belcher*

Scott H. Belcher
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this __8__ day of __September__, 20__20__.

*James P. Jones*

Honorable James P. Jones
U. S. District Judge